IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| NURSA, INC.,<br><br>          Plaintiff,<br><br>v.<br><br>GULFCOAST LTC PARTNERS, INC., et al.<br><br>          Defendants. | MEMORANDUM DECISION AND ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT CERTIFICATE<br><br><br><br>Case No. 2:24-cv-00781-TS-DAO<br><br>District Judge Ted Stewart<br>Magistrate Judge Daphne A. Oberg |

Before the Court is Plaintiff Nursa, Inc.'s Motion for Entry of Default Certificate[1] and renewed Motion for Entry of Default Certificate[2] against Defendant The Plaza at Richardson LTC Partners, Inc., ("Richardson"). For the reasons discussed hereafter, the Court will grant the Motion.

Default is appropriate under Fed. R. Civ. P. 55(a), which provides: "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." After initially participating in this litigation, Richardson has since indicated to the Court and Plaintiff that it "intends to cease defending against the claims against it," "withdraws its Answer to Plaintiff's Second Amended Complaint," and "consents to . . . default."[3] Consistent with this notice, Richardson has not responded to Plaintiff's Third Amended Complaint, filed on May 29, 2026.[4] Accordingly, because Richardson has failed to defend, entry of default is required.

---

[1] Docket No. 51.

[2] Docket No. 63.

[3] Docket No. 48, at 1.

[4] Docket No. 58.

Having complied with DUCivR 55-1(b),[5] and for good cause appearing, it is HEREBY ORDERED that Plaintiff's renewed Motion for Entry of Default Certificate as to Defendant The Plaza at Richardson LTC Partners, Inc. (Docket No. 63) is GRANTED. It is further ORDERED that Plaintiff's Motion for Entry of Default Certificate (Docket No. 51) is DENIED as moot. The clerk of the court is directed to enter a default certificate as to Defendant The Plaza at Richardson LTC Partners, Inc.

Dated this 22nd day of July, 2026.

BY THE COURT:

Ted Stewart
United States District Judge

---

[5] See Docket No. 63-1.